■ In the Matter of MARTHA O., Respondent, v ALEX ADELMIR O., Appellant. [837 NYS2d 572]—Appeal from orders, Supreme

Court, Bronx County (Alma Cordova, J.), entered on or about December 7, 2006, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Lippman, P.J., Mazzarelli, Marlow, Buckley and Malone, JJ.